**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SAMUEL COX,

               Plaintiff,

v.

COMMISSIONER OF DEPARTMENT
OF HUMAN SERVICES; CLIENT
PLACEMENT COMMITTEE;
CHARLES FAI; PAUL MAYFIELD;
MARIAH MCANDREW; 1C,
TREATMENT TEAM; and PHIL
OLSON,

               Defendants.

Case No. 26-cv-2564 (LMP/DTS)

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court on the June 3, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz which recommends denying Plaintiff Samuel Cox's motion for appointment of counsel and dismissing this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* ECF No. 6. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1.     The R&R (ECF No. 6) is **ADOPTED IN FULL**;

2.  Cox's Motion for Appointment of Counsel (ECF No. 4) is **DENIED**;

3.  The complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

4.  Cox's Application to Proceed in District Court Without Prepayment of Fees or Costs (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 1, 2026                    *s/Laura M. Provinzino*
                                       Laura M. Provinzino
                                       United States District Judge